ACCEPTED
12-15-00019-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
3/5/2015 11:11:45 PM
CATHY LUSK
CLERK

## No. 12-15-00019-CR

| | | |
|---|---|---|
| **LEE VINCENT** | § | **IN THE COURT OF APPEALS** |
| Appellant | § | 12th COURT OF APPEALS |
| | § | TYLER, TEXAS |
| **vs.** | § | **12TH JUDICIAL DISTRICT** |
| | § | |
| **THE STATE OF TEXAS,** | § | |
| Appellee | § | **AT TYLER, TEXAS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
3/5/2015 11:11:45 PM
CATHY S. LUSK
Clerk

### APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE BRIEF
### 21-DAY REQUEST

**TO THE HONORABLE COURT:**

Now comes Austin Reeve Jackson, counsel for Appellant in the above entitled and numbered cause, and makes this Motion, and for good cause shows the following:

### I.

Appellant's brief in this matter is due on 5 March 2015. No prior extensions have been requested.

### II.

Mr. Vincent's mother notified counsel yesterday that he no longer desires to pursue his appeal. Counsel is requesting an additional three weeks to either verify with Mr. Vincent that that is his desire or to complete the brief in this matter. Should he in fact wish to terminate this appeal, the resources of the Court and the State's attorney would be best served by permitting a brief extension to pursue that end.

### II.

No prior extensions have been requested and is respectfully prayed that the in the interest of justice, the Court grant this motion.

**WHEREFORE, PREMISES CONSIDERED**, undersigned counsel respectfully prays that, in accordance with the applicable law, the Court grant this Motion and extend the date by which to file a brief by twenty-one days.

Respectfully submitted,

/s/Austin Reeve Jackson
Texas Bar No. 24046139
112 East Line, Suite 310
Tyler, TX 75702
Telephone: (903) 595-6070
Facsimile: (866) 387-0152

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document was served on counsel for the State by facsimile concurrently with its filing.

/s/Austin Reeve Jackson